640

Glickstein et al., Appellants, *v.* County Board of Elections.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Robert Baer Cohen,* with him *William Austin Meehan,* and *Abrahams & Loewenstein,* for appellants.

*Harry Wolov,* for appellee.

OPINION PER CURIAM, May 3, 1974:
Order affirmed.

Surace Appeals.
Barnhouse Appeals.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Paul Matzko,* with him *Erskine, Wolfson, Matzko & Pierson,* for appellant at Nos. 409 to 412, inclusive.

*Daniel I. Murphy,* with him *Tyler E. Wren,* for appellants at Nos. 413 and 414.

*Harry Wolov,* for appellee.

OPINION PER CURIAM, May 3, 1974:
Orders affirmed.
Mr. Chief Justice JONES and Mr. Justice POMEROY dissent.

Duda et al., Appellants, *v.* County Board of Elections.

Argued April 30, 1974.   Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.